UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2009 DEC -3 PM 1:09
BY _____
DEPUTY CLERK

| | |
|---|---|
| SHANNA BENHAMRON by her next friend and parent, LORIE ELLERTON, <br> Plaintiff <br><br> v. <br><br> ERICA BENHAMRON through her next friend and parent, LORIE ELLERTON AND JEFFREY ELLERTON <br> Defendant | Civil Action No. 2:09.cv.233. |

## STIPULATION OF DISMISSAL

**NOW COMES** Plaintiff, by and through her attorneys Diamond & Robinson, P.C., of Montpelier, Vermont, and hereby stipulates that the above-captioned matter is to be dismissed against Erica Benhameron through her next friend and parent, Lorie Ellerton, without prejudice.

Dated at Montpelier, County of Washington, and State of Vermont this 24th day of November, 2009.

DIAMOND & ROBINSON, P.C.

_____
STEVEN P. ROBINSON, ESQ.
Attorney for Plaintiff
P.O. Box 1460
Montpelier, Vermont 05601
(802) 223-6166

**SO ORDERED:**

_____    12/2/09
Presiding Judge                 Date

DIAMOND &
ROBINSON, P.C.
ATTORNEYS AT LAW
P.O. BOX 1460
MONTPELIER, VERMONT
05601-1460

(802) 223-6166