U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2010 JAN -5 AM 10: 30

BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| SHANNA BENHAMRON by her next friend and parent, LORIE ELLERTON,<br>    Plaintiff<br><br>            v.<br><br>ERICA BENHAMRON through her next friend and parent, LORIE ELLERTON AND JEFFREY ELLERTON<br>    Defendant | Civil Action No. 2:09.cv.233. |

## STIPULATION OF DISMISSAL

**NOW COMES** Plaintiff, by and through her attorneys Diamond & Robinson, P.C., of Montpelier, Vermont, and hereby stipulates that the above-captioned matter is to be dismissed against Jeffrey Ellerton, without prejudice.

Dated at Montpelier, County of Washington, and State of Vermont this ____ day of December, 2009.

DIAMOND & ROBINSON, P.C.

_____
STEVEN P. ROBINSON, ESQ.
Attorney for Plaintiff
P.O. Box 1460
Montpelier, Vermont 05601
(802) 223-6166

SO ORDERED:

_____     ___1/4/10___
Presiding Judge                Date

DIAMOND &
ROBINSON, P.C.
ATTORNEYS AT LAW
P.O. BOX 1460
MONTPELIER, VERMONT
05601-1460

(802) 223-6166